NICHOLAS P. RUGGIERO v. HERTZ EQUIPMENT &
RENTAL CORPORATION.

September 7, 1983.

Petition for certification denied.

BARBARA L. WOLFF v. JOEL A. WOLFF.

September 7, 1983.

Petition for certification denied.

MICHAEL W. O'CONNOR, GUARDIAN AD LITEM FOR LAUREN
O'CONNOR, AN INFANT v. KENNETH RALSTON.

September 7, 1983.

ORDERED that the petition for certification is granted, and
the matter is remanded to the Appellate Division for reconsider-
ation in light of *DeRobertis v. Randazzo,* 94 *N.J.* 144 (1983).

HARRY STEINBERG v. MERCER MUTUAL INSURANCE CO.

September 7, 1983.

Petition for certification denied.